# CARDMEMBER AGREEMENT

**Please read this Agreement carefully before using the Discover Card. It contains the terms and conditions of the Discover Card Account, some of which may have changed from earlier materials provided to you. In the event of any differences, this Agreement shall control.**

1. **AGREEMENT TERMS.** The word Card means any one or more Discover Cards issued to you or to an authorized user. The word Account means your Discover Card Account. The words you, your, or yours mean you, the cardmember, and any person or persons who are also contractually liable under this Agreement. The words we, us and our mean Greenwood Trust Company, a Delaware bank.

2. **ACCEPTANCE OF AGREEMENT.** The use of your Account or the Card by you or anyone whom you authorize or permit to use your Account or the Card means you accept this Agreement.

3. **USE OF YOUR ACCOUNT AND THE CARD.** You agree that you will only use your Account or the Card for personal, family, household and charitable purposes. Your Account or the Card may not be used for business or commercial purposes or to obtain loans to purchase, carry or trade in securities. Prior to its use, each Card must be signed by the person to whom it is issued. Your Account and the Card may be used for the following purposes:

   * To purchase or lease goods or services from participating establishments.

   * To obtain cash advances by means of automated teller machines or checks in accordance with such additional terms and conditions as may be imposed from time to time.

   * To guarantee personal checks at participating establishments subject to cash availability and such conditions as the participating establishments may impose. Any guaranteed personal check returned unpaid for which we become liable shall be treated as a cash advance and a returned check and shall be subject to a Returned Check Charge.

   * To guarantee hotel reservations at participating establishments. You will be liable for guaranteed reservations that are not cancelled prior to 6 p.m. of the date of arrival or such other time as the establishment may impose.

   We are not responsible for the refusal of anyone to accept or honor the Card. The Card is our property. You must return it to us or our agent upon request.

4. **AUTHORIZED CARD USERS.** If you want to cancel the authorized or permitted use of your Account or the Card by another person, you must notify us in writing and recover, cut in half and return to us any Card in such person's possession.

5. **LIABILITY FOR UNAUTHORIZED USE.** If the Card is lost or stolen, or if you think that someone is using your Account or the Card without your permission, notify us immediately. You can notify us by telephoning us at 1-800-858-5588, or by writing us at DISCOVER CARD, P.O. Box 15156, Wilmington, DE 19886-1002. You may be liable for the unauthorized use of your Account or the Card. You will not be liable for unauthorized use that occurs after you notify us, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.00.

6. **LINE OF CREDIT.** We will advise you of your line of credit. We may increase or decrease your line of credit from time to time. If you exceed or attempt to exceed your line of credit, you will be in default.

7. **PROMISE TO PAY.** You agree to pay us in U.S. Dollars for all purchases and cash advances, including applicable Finance Charges and other charges or fees, incurred by you or anyone you authorize or permit to use your Account or the Card, even if you do not notify us that others are using your Account or the Card. We will convert purchases and cash advances made in a foreign currency to U.S. Dollars at the rate existing on the date of conversion. If you pay us in other than U.S. Dollars, we may refuse to accept the payment or charge your Account our cost to convert your payment to U.S. Dollars. All checks must be drawn on funds on deposit in the U.S. If your Account is a joint Account, each of you agrees to be liable individually for the entire amount owed on your Account.

   We can accept late payments or partial payments or checks and money orders marked "payment in full" without losing any of our rights under this Agreement.

8. **MONTHLY BILLING STATEMENT.** We will send you a billing statement after each monthly billing cycle in which you have a debit or credit balance in excess of $1.00. The billing statement will show all purchases, cash advances, Finance Charges and other charges or fees and all payments or other credits posted to your Account during the billing cycle. It will show your New Balance, Minimum Payment Due and Payment Due Date. Purchases will be identified by the amount and date of the transaction, the date of posting to your Account, the seller's name and the city and state or foreign country where the transaction took place. Cash advances will be identified by the amount of the transaction, the date of the transaction (either the date the cash advance is obtained or the date of the credit document) and the date of posting to your Account.

9. **MONTHLY PAYMENT OPTIONS.** You may at any time pay the entire New Balance shown on your billing statement, but each month you must pay at least the Minimum Payment Due. All payments must be mailed or delivered to us at the address shown on your monthly billing statement. All payments will be applied in the following order: Finance Charges and other charges or fees, cash advances in the order made and purchases in the order made.

10. **MINIMUM MONTHLY PAYMENT.** The Minimum Payment Due each month will be either (a) the entire New Balance shown on your billing statement if the New Balance is less than $10.00 or (b) the greater of $10.00 or an amount equal to 1/36th of the New Balance rounded to the next higher whole dollar amount. The Minimum Payment Due each month shall be reduced by amounts paid in excess of the Minimum Payment Due during the previous three months which have not already been so applied in determining the Minimum Payment Due in such earlier months, unless you have exceeded your line of credit or have paid the entire New Balance shown on your billing statement.

11. **FAILURE TO MAKE MINIMUM PAYMENT.** If you do not make at least the Minimum Payment Due by the Payment Due Date each month, you will be in default.

12. **CREDIT BALANCES.** We will refund any credit balance within seven business days from receipt of your written request. If you do not request a refund, we will automatically refund credit balances greater than $1.00 which remain in your Account after two billing cycles.

13. **FINANCE CHARGES.** We will impose Finance Charges as follows:

    **Purchases**

    A. A Finance Charge is imposed on purchases (except as referred to in paragraph C below) from the date of posting to your Account to the date of repayment.

    B. For each billing cycle:

    (1) We multiply the Monthly Periodic Rate times the Average Daily Balance of Purchases. The Monthly Periodic Rate is 1.65% (which corresponds to an ANNUAL PERCENTAGE RATE of 19.8%) unless you are a resident of Maine, Massachusetts, North Carolina or Wisconsin in which case the Monthly Periodic Rate is 1.5% (which corresponds to an ANNUAL PERCENTAGE RATE of 18%). However, beginning November 27, 1987, for residents of Massachusetts, the Monthly Periodic Rate will be 1.65% (which corresponds to an ANNUAL PERCENTAGE RATE of 19.8%). The Average Daily Balance of Purchases is the sum of the daily unpaid balances of purchases on each day of the billing cycle covered by your current billing statement divided by the number of days in the billing cycle. Such unpaid balances are determined by deducting payments and credits applied against such unpaid balances and by adding new purchases, and, beginning November 27, 1987, unpaid finance charges, in each case, as of the date posted to your Account.

    (2) We multiply the Monthly Periodic Rate times the Average Daily Balance of Previous Billing Cycle Purchases. The Monthly Periodic Rate is 1.65% (which corresponds to an ANNUAL PERCENTAGE RATE of 19.8%) unless you are a resident of Maine, Massachusetts, North Carolina or Wisconsin in which case the Monthly Periodic Rate is 1.5% (which corresponds to an ANNUAL PERCENTAGE RATE of 18%). However, beginning November 27, 1987, for residents of Massachusetts, the Monthly Periodic Rate will be 1.65% (which corresponds to an ANNUAL PERCENTAGE RATE of 19.8%). The Average Daily Balance of Previous Billing Cycle Purchases is the sum of the unpaid balances of purchases itemized on your last billing statement on each day of the billing cycle covered by your last billing statement divided by the number of days in the billing cycle. Such unpaid balances are determined by deducting payments and credits applied against such unpaid balances and by adding new purchases, and, beginning November 27, 1987, unpaid finance charges, in each case, as of the date posted to your Account.

    (3) We add the amounts determined under (1) and (2) to obtain the Finance Charge on purchases.

    C. A Finance Charge is not imposed on:

    (1) New purchases posted during a billing cycle if (a) you paid the New Balance shown on the billing statement covering the preceding billing cycle by the Payment Due Date shown on that billing statement or such New Balance was zero and (b) you pay the New Balance shown on the billing statement itemizing the new purchases by the Payment Due Date shown on that billing statement.

    *This Agreement continues on the reverse side.*

*Terms Level 2*
*10-87*

1L2 - p1



(2) Old purchases previously posted for a billing cycle during which you pay the New Balance shown on the billing statement covering the preceding billing cycle by the Payment Due Date shown on that billing statement.

## Cash Advances

A. A Finance Charge is imposed on cash advances from the date of transaction to the date of repayment.

B. For each billing cycle:

(1) We multiply the Monthly Periodic Rate times the Average Daily Balance of Cash Advances. The Monthly Periodic Rate is 1.65% (which corresponds to an **ANNUAL PERCENTAGE RATE** of 19.8%) unless you are a resident of Maine, Massachusetts, North Carolina or Wisconsin, in which case the Monthly Periodic Rate is 1.5% (which corresponds to an **ANNUAL PERCENTAGE RATE** of 18%). However, beginning November 27, 1987, for residents of Massachusetts, the Monthly Periodic Rate will be 1.65% (which corresponds to an **ANNUAL PERCENTAGE RATE** of 19.8%). The Average Daily Balance of Cash Advances is the sum of the unpaid balances of cash advances on each day of the billing cycle covered by your current billing statement divided by the number of days in the billing cycle. Such unpaid balances are determined by deducting payments and credits applied against such unpaid balances and, beginning November 27, 1987, by adding unpaid finance charges, in each case, as of the date posted to your Account and by adding new cash advances as of the date of transaction.

(2) We charge a $1.75 FINANCE CHARGE for each cash advance (except cash advances which are made in respect of guaranteed personal checks for which we become liable). This charge may result in an ANNUAL PERCENTAGE RATE for cash advances which is higher than the nominal ANNUAL PERCENTAGE RATE.

(3) We add the amounts determined under (1) and (2) to obtain the Finance Charge on cash advances.

14. **MINIMUM FINANCE CHARGE.** We will charge you a minimum FINANCE CHARGE of $.50 for any billing cycle in which a FINANCE CHARGE of less than $.50 would otherwise be imposed.

15. **RETURNED CHECK CHARGE.** We will charge you a Returned Check Charge of $15.00 each time you pay us with or we guarantee a check that is returned unpaid.

16. **LATE CHARGE.** We will charge you a Late Charge of $5.00 ($10.00 beginning January 1, 1988) if you fail to make a required payment within 20 days after the Payment Due Date in any month.

17. **DEFAULT-COLLECTION COSTS.** You are in default if you fail to comply with the terms of this Agreement, including failing to make a required payment when due or exceeding your line of credit. If you are in default and we refer the collection of your Account to an attorney, we may charge you reasonable attorneys' fees and court or other collection costs as permitted by law and as actually incurred by us.

18. **CANCELLATION.** You may cancel your Account by notifying us in writing and returning the Card to us cut in half. Of course, you will still be responsible to pay any amount you owe us according to the terms of this Agreement. We may cancel or suspend your Account at any time without notice. If we do cancel or suspend your Account, we may declare the entire balance of your Account immediately due and payable without notice: if you are in default, if we have a reasonable belief that you are unable or unwilling to repay your obligations to us, if you are insolvent or in bankruptcy, or if you die.

19. **PRIVACY.** We may investigate your credit, employment and income records and verify your credit references. We also may report to credit reporting agencies and other creditors the status and payment history of your Account. We will not release this information to any other party without your prior written permission or proper legal process. However, we may include your name and address and other identifying information on lists of cardmembers furnished to companies selling products or services that may be of interest to you. Our supervisory personnel may listen to telephone calls between you and our representatives in order to evaluate the quality of our service to our cardmembers.

20. **CREDIT AUTHORIZATIONS.** Certain purchases and cash advances will require our authorization prior to completion of the transaction. In some cases, you may be asked to provide identification. If our authorization system is not working, we may not be able to authorize a transaction, even if you have sufficient available credit. We will not be liable to you if any of these events happen.

21. **CHANGE OF TERMS. We may change any term or part of this Agreement, including any Finance Charge rate, fee or method of computing any balance upon which the Finance Charge rate is assessed, by sending you a written notice at least 30 days before the change is to become effective. Your express written agreement to any such change or the use of your Account or the Card on or after the effective date of the change means that you accept and agree to the change. We may apply any such change to the outstanding balance of your Account on the effective date of the change of terms and to new charges made after that date.**

22. **CHANGE OF ADDRESS.** If you change your address you must notify us of your new address within 15 days.

23. **ASSIGNMENT OF ACCOUNT.** We may sell, assign or transfer your Account or any portion thereof without notice to you. You may not sell, assign or transfer your Account without first obtaining our prior written consent.

24. **GOVERNING LAW.** This Agreement will be governed by the laws of the State of Delaware and applicable federal laws. If any part of this Agreement becomes unenforceable, it will not make any other part unenforceable.

Greenwood Trust Company
DISCOVER CARD

_____
Vice President

TL2- p2

# Your Billing Rights

## KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

1. **Notify Us In Case of Errors or Questions About Your Bill**
   If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on your bill for Notice of Billing Errors. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

   In your letter, give us the following information:
   - Your name and account number.
   - The dollar amount of the suspected error.
   - Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

   If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

2. **Your Rights and Our Responsibilities After We Receive Your Written Notice**
   We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

   After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

   If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay the finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

   If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

   If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

3. **Special Rule For Credit Card Purchases**
   If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the goods or services. There are two limitations on this right:
   (a) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and
   (b) the purchase price must have been more than $50.

   These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the goods or services.

   33507—Revised 10/87

TL2 - 83