

T210

P L A T I N U M

## CARDMEMBER AGREEMENT

Please read this Agreement carefully before using your Discover® Platinum Card Account. It contains the terms and conditions of your Account, some of which may have changed from earlier materials provided to you. In the event of any differences, this Agreement shall control.

We respect your privacy. See the Privacy Section on page 8 for additional information.

### TABLE OF CONTENTS

Agreement Terms ................................................................. 1
Acceptance of Agreement .................................................. 2
Use of Your Account .......................................................... 2
Authorized Users ................................................................. 2
Unauthorized Use ............................................................... 2
Credit Limit-Available Credit ............................................. 2
Promise to Pay ..................................................................... 3
Monthly Billing Statement ................................................. 3
Monthly Payment Options ................................................. 3
Minimum Monthly Payment .............................................. 4
Credit Balances ................................................................... 4
Balance Transfers ................................................................ 4
Finance Charges .................................................................. 4
Periodic Finance Charges .................................................. 4
Transaction Fee Finance Charges ..................................... 6
Minimum Finance Charge ................................................. 7
Returned Check Fee ........................................................... 7
Returned Discover Platinum Card Check Fee ................ 7
Late Fee ................................................................................ 7
Research Fee ........................................................................ 7
Overlimit Fee ....................................................................... 7
Default-Acceleration-Collection Costs ............................ 7
Cancellation ......................................................................... 7
Privacy .................................................................................. 8
Credit Authorizations ......................................................... 8
Change of Terms ................................................................. 9
Change of Address ............................................................. 9
Assignment of Account ..................................................... 9
Compliance with Interest Rate Limitations .................... 9
Governing Law .................................................................... 9

**AGREEMENT TERMS.** The word "Account" means your Discover Platinum Card Account. The word "Card" means any one or more Discover Platinum Cards issued to you or someone else with your authorization. The words "you", "your" or "yours" refer to, in addition to you, the Cardmember, any other person or persons who are also contractually liable under this Agreement. The words "we", "us" and "our" refer to Greenwood Trust Company, the issuer of your Discover Platinum Card. The words "Authorized User" mean any person whom you authorize to use your Account

33507-PLAT NY 3/99

- 1 -

or a Card, whether you notify us or not. The words "Pricing Schedule" mean the document accompanying your Card and listing the Finance Charge rates that apply to your Account. The Pricing Schedule is part of this Agreement.

**ACCEPTANCE OF AGREEMENT.** The use of your Account or a Card by you or an Authorized User, or your failure to cancel your Account within 30 days after receiving a Card, means you accept this Agreement.

**USE OF YOUR ACCOUNT.** Your Account may be used for:

- Purchases - to purchase or lease goods or services from participating merchants by presenting your Card or Account number.

- Cash Advances - to obtain cash advances from participating automated teller machines, financial institutions or other locations, or by means of checks which we may furnish to you, all in accordance with such additional terms and conditions as may be imposed from time to time.

- Balance Transfers - to transfer balances from other creditors or to make other transactions by means of balance transfer coupons or checks, in accordance with such additional terms and conditions as we may offer from time to time.

In addition, your Account may be used to guarantee reservations at participating establishments. You will be liable for guaranteed reservations that are not cancelled prior to the time specified by the establishment.

You agree that you will only use your Account for personal, family, household and charitable purposes. Your Account may not be used for business or commercial purposes, to obtain loans to purchase, carry or trade in securities, or to pay any amount you owe under this Agreement ("Prohibited Transactions"). Prior to its use, each Card must be signed by the person to whom it is issued. We are not responsible for the refusal of anyone to accept or honor a Card or to accept checks that we have provided you. You must return any Card or unused checks to us upon request.

**AUTHORIZED USERS.** If you want to cancel the authority of a current Authorized User to use your Account or a Card, you must notify us in writing or by telephone and destroy any Card in that person's possession. None of your rights under this Agreement (other than to pay amounts owed) may be exercised by any person not a party to this Agreement acting pursuant to a power of attorney, without our separate written agreement (which we are not obligated to give).

**UNAUTHORIZED USE.** If a Card is lost or stolen, or if you think that someone is using your Account or a Card without your permission, notify us immediately. You can notify us by telephoning 1-800-DISCOVER (1-800-347-2683), or by writing DISCOVER PLATINUM CARD, PO Box 15156, Wilmington, DE 19886-1002. You agree to assist us in determining the facts relating to any theft or possible unauthorized use of your Account or a Card and to comply with such procedures as we may require in connection with our investigation.

**CREDIT LIMIT-AVAILABLE CREDIT.** We will advise you of your Account credit limit. We may impose a lower limit that will apply to cash advances, referred to as the cash advance credit limit. You agree not

- 2 -

to allow your unpaid balance, including Finance Charges and fees, to exceed your Account credit limit. If you exceed your Account credit limit, we may request immediate payment of the amount by which you exceed your Account credit limit.

We may increase or decrease your Account credit limit or your cash advance credit limit without notice. The credit available for your use may, from time to time, be less than your Account credit limit. We determine your available credit for your Account by subtracting from your Account credit limit any unpaid balance (after adjusting for credits and payments), including unpaid Finance Charges and fees, and the amount of any transactions authorized by us but not yet posted to your Account. We determine your available credit for cash advances by subtracting from your cash advance credit limit any unpaid balance of cash advances (after adjusting for credits and payments) and the amount of any cash advances authorized by us but not yet posted to your Account, but in no event will the available credit for cash advances exceed the available credit for your Account. However, for purposes of determining your available credit, we reserve the right to postpone for up to 8 business days reducing your unpaid balances by the amount of any payment that we receive. Your available credit will not be increased by the amount of any credit balance.

**PROMISE TO PAY.** You agree to pay us in U.S. Dollars for all purchases, cash advances and balance transfers including applicable Finance Charges and other charges or fees, incurred by you or anyone you authorize or permit to use your Account or a Card, even if you do not notify us that others are using your Account or a Card. We will convert purchases and cash advances made in a foreign currency to U.S. Dollars at a rate existing on the date of conversion. If you pay us in other than U.S. Dollars, we may refuse to accept the payment or charge your Account our cost to convert your payment to U.S. Dollars. All checks must be drawn on funds on deposit in the U.S.

If your Account is a joint Account, each of you agrees to be liable individually and jointly for the entire amount owed on your Account. We can accept late payments or partial payments or checks and money orders marked "payment in full" or with any other restrictive endorsement without losing any of our rights under this Agreement.

**MONTHLY BILLING STATEMENT.** We will send you a billing statement after each monthly billing period in which you have a debit or credit balance of $1.00 or more. The billing statement will show all purchases, cash advances, balance transfers, Finance Charges and other charges or fees and all payments or other credits posted to your Account during the billing period. It will show your New Balance, Minimum Payment Due and Payment Due Date.

**MONTHLY PAYMENT OPTIONS.** You may at any time pay the entire New Balance shown on your billing statement, but each month you must pay at least the Minimum Payment Due. All payments must be mailed or delivered to us in Delaware at Discover Platinum Card, PO Box 6011, Dover, DE 19903-6011 or by using the envelope enclosed with such statement. All payments and other credits will be applied as determined at our discretion. We reserve the right to apply payments and other credits to balances subject to lower Annual Percentage Rates, such as special rate balance transfers, or other promotional rates, prior to balances subject to higher Annual Percentage Rates.

- 3 -

MINIMUM MONTHLY PAYMENT. The Minimum Payment Due each month will be the sum of any amount past due and the minimum monthly payment. The minimum monthly payment each month will be the greater of $10.00 or an amount equal to 1/48th of the New Balance, rounded to the next higher whole dollar amount. However, if the New Balance is less than $10.00, the minimum monthly payment will be the amount of the New Balance. Paying the Minimum Payment Due may be insufficient to bring your Account balance below your Account credit limit and, consequently, may not avoid the imposition of the Overlimit Fee described in the Overlimit Fee Section below.

CREDIT BALANCES. We will refund any credit balance within seven business days from receipt of your written request. If you do not request a refund, we will automatically refund credit balances greater than $1.00 which remain in your Account after two billing periods.

BALANCE TRANSFERS. We may periodically offer you the opportunity to transfer balances from other creditors or to make other transactions to your Account by means of balance transfer coupons or checks. Each offer will contain an initial special rate, which will be the Annual Percentage Rate that will apply to transferred balances for the time period specified in the offer. After the expiration of this time period, the Annual Percentage Rate that applies for purchases will apply to transferred balances. Balance transfers subject to the initial special rate are referred to as special rate balance transfers; balance transfers for which the initial special rate has expired are referred to as purchase rate balance transfers.

Each offer will contain an expiration date. If you attempt to transfer balances by means of a check after the expiration date, we will treat the transaction as a cash advance. We will not make balance transfers attempted by means of a coupon after the expiration date.

FINANCE CHARGES. You can avoid paying Finance Charges on any purchase if you pay, by the Payment Due Date shown on the billing statement on which the purchase first appears, the New Balance shown on that billing statement; and you paid, by the Payment Due Date shown on the previous billing statement, the New Balance shown on that billing statement or that New Balance was less than $1.00.

PERIODIC FINANCE CHARGES. Except as explained below, Periodic Finance Charges are imposed on purchases, cash advances and balance transfers from the date the transaction occurs to the date of repayment. If the transaction is posted to your Account after the close of the billing period in which it occurs, we will treat the transaction as having occurred on the first day of the billing period in which it is posted to your Account. We will assess Periodic Finance Charges as follows:

(1) Current Billing Period

Periodic Finance Charges are imposed for the current billing period on purchases, cash advances and balance transfers unless: you paid, by the Payment Due Date shown on the billing statement you received during the previous billing period, the New Balance shown on that billing statement; or the amount you would owe us at the end of the current billing period excluding Periodic Finance Charges is less than $1.00. We compute Periodic Finance Charges each day by multiplying your daily balances of purchases, cash advances and balance transfers by the applicable Daily Periodic Rates. Only special rate balance transfers are included in the daily balance of balance transfers; purchase rate balance transfers are included in the daily balance of purchases. At the end of the billing period, we add up the results of these daily calculations to determine your Periodic Finance Charges for the billing period.

For purchases, the daily balance is calculated on each day by first adding the following to the previous day's daily balance: purchases made that day, fees charged that day (with the exception of Transaction Fee Finance Charges) and Periodic Finance Charges charged on the previous day's daily balance; and by then subtracting any credits and payments that are applied against the balance of purchases and purchase rate balance transfers on that day. On the first day of the billing period we also add the unpaid balance of those balance transfers that become purchase rate balance transfers on that day.

For cash advances, the daily balance is calculated on each day by first adding the following to the previous day's daily balance: cash advances made that day, Transaction Fee Finance Charges for cash advances made that day, and Periodic Finance Charges charged on the previous day's daily balance; and by then subtracting any credits and payments that are applied against the balance of cash advances on that day.

For balance transfers, the daily balance is calculated on each day by first adding the following to the previous day's daily balance: balance transfers made that day and Periodic Finance Charges charged on the previous day's daily balance; and by then subtracting any credits and payments that are applied against the balance of balance transfers on that day. On the first day of the billing period we also subtract the unpaid balance of those balance transfers that become purchase rate balance transfers on that day.

(2) Previous Billing Period

Periodic Finance Charges are imposed for the previous billing period on previous billing period purchases, cash advances and balance transfers unless Periodic Finance Charges were already imposed on purchases, cash advances and balance transfers for that billing period, or you paid the New Balance shown on the billing statement you received during that billing period by the Payment Due Date shown on that billing statement. To compute these charges, we use the same method of calculation that we use in calculating the Periodic Finance Charges for the current billing period, as described above, except that the applicable Daily Periodic Rates are applied to the daily balances of purchases, cash advances and balance transfers for each day of the previous billing period. These daily balances are also computed as described above, with the "previous day's daily balance" considered to have been zero on the first day of the billing period.

(3) Daily Periodic Rates and Annual Percentage Rates

The Daily Periodic Rates applicable to purchases, cash advances, and balance transfers (which we will sometimes refer to as "transaction categories") for the current billing period and the previous billing period are based on the Annual Percentage Rate as set forth in the Pricing Schedule. The Daily Periodic Rates for each billing period are 1/365th of the Annual Percentage Rates in effect for the billing period. Rates can either be variable or fixed. If your rate is variable for any transaction category it will be indicated by the word "VARIABLE" on the Pricing Schedule and the disclosures below regarding variable rates apply for that rate. If your rate is fixed for any transaction category, it will be indicated by the word "FIXED" on the Pricing Schedule and the disclosures below regarding variable rates do not apply.

(4) Variable Rates

If any of the Annual Percentage Rates that apply to your Account are variable rates, they are determined in part by the Prime Rate and may change monthly. They are based on the value of the Prime Rate to which we add a specified number of percentage points. The Prime Rate and the margin are shown in the Pricing Schedule as "P + (margin rate)". The Prime Rate plus the margin for that transaction category determine the Annual Percentage Rate. For purposes of this Agreement, the Prime Rate is the highest rate of interest listed as the "prime rate" in the money rates section of *The Wall Street Journal* on the last business day of the month. When the Prime Rate changes, the Annual Percentage Rates will change beginning on the first day of the first billing period which begins in the calendar month following the change in the Prime Rate. Increases in the Prime Rate may cause the Daily Periodic Rates, Periodic Finance Charges and Minimum Payment Due each month to increase. The Prime Rate is merely a pricing index and does not represent the lowest or best interest rate available to a borrower at any particular bank at any given time.

(5) Annual Percentage Rate for Purchases

We may have offered you an introductory rate on purchases. The introductory rate is the fixed Annual Percentage Rate that will apply to purchases for the time period specified in the offer. After expiration of this time period, the Annual Percentage Rate for purchases will apply. The Daily Periodic Rates and corresponding Annual Percentage Rates in effect on the date this Agreement is furnished to you are set forth in the Pricing Schedule.

(6) Annual Percentage Rate for Cash Advances

The Daily Periodic Rate and corresponding Annual Percentage Rate for cash advances in effect on the date this Agreement is furnished to you are set forth in the Pricing Schedule.

(7) Annual Percentage Rate for Balance Transfers

The Daily Periodic Rate and corresponding Annual Percentage Rate in effect for special rate balance transfers will be set forth in the offer from us under which you make the balance transfer. As indicated in the Balance Transfers Section above, purchase rate balance transfers will be subject to the Daily Periodic Rate and corresponding Annual Percentage Rate that apply to purchases. If you received an offer prior to your receipt of this Agreement, the Daily Periodic Rate and Annual Percentage Rate in effect on the date this Agreement is furnished to you are set forth in the Pricing Schedule.

TRANSACTION FEE FINANCE CHARGES. We will charge you a Transaction Fee Finance Charge of 2.5% of the amount of each new cash advance. There is a minimum Transaction Fee FINANCE CHARGE of $3.00 and no maximum Transaction Fee FINANCE CHARGE. The imposition of Transaction Fee Finance Charges may result in an Annual Percentage Rate for cash advances that is higher than the nominal Annual Percentage Rate. All forms of cash advances,

including the use of Discover Platinum Card checks, regardless of the purpose for which used, are subject to Transaction Fee Finance Charges. To obtain the total Finance Charge on cash advances for each billing period, we add any Transaction Fee Finance Charges for the billing period charged under this section to any Periodic Finance Charges calculated under the Periodic Finance Charges section above.

MINIMUM FINANCE CHARGE. We will charge you a minimum FINANCE CHARGE of $.50 for any billing period in which some FINANCE CHARGE of less than $.50 would otherwise be imposed.

RETURNED CHECK FEE. We will charge you a Returned Check Fee of $29.00 each time you pay us with a check that is returned unpaid. This fee will also apply if a debit transaction to a deposit account from which you have authorized us in writing to periodically deduct all or a part of an amount you owe us under this Agreement is returned unpaid. We will charge you this fee the first time any payment is returned unpaid, even if it is paid upon resubmission.

RETURNED DISCOVER PLATINUM CARD CHECK FEE. We will charge you a Returned Discover Platinum Card Check Fee of $29.00 each time we decline to honor a Discover Platinum Card cash advance check, balance transfer check or other promotional check.

LATE FEE. We will charge you a Late Fee of $29.00 each time that, as of the Payment Due Date, you have failed to make the Minimum Payment Due that was required to be paid by that date.

RESEARCH FEE. We may charge you a Research Fee of $5.00 for each copy of a billing statement or sales slip that you request. However, we will not charge a fee if you request copies in connection with a billing error.

OVERLIMIT FEE. We will charge you an Overlimit Fee of $29.00 each time that, as of the close of a billing period, your outstanding Account balance exceeds your Account credit limit. This fee may be charged even if the transaction which causes you to exceed your Account credit limit is authorized by us or if you exceed your Account credit limit due to the posting of Finance Charges or fees to your Account.

DEFAULT-ACCELERATION-COLLECTION COSTS. You are in default if you become insolvent; if you file a bankruptcy petition or have one filed against you; if we have a reasonable belief that you are unable or unwilling to repay your obligations to us; if you are declared incompetent by a court or if a court appoints a guardian for you or a conservator for your assets; if you die; or if you fail to comply with the terms of this Agreement, including failing to make a required payment when due, exceeding your Account credit limit, or using your Card or Account for a Prohibited Transaction. If you are in default, we may declare the entire balance of your Account immediately due and payable without notice. If we refer the collection of your Account to an attorney or employ an attorney to represent us with regard to recovery of money that you owe us, we may charge you reasonable attorneys' fees and court or other collection costs as permitted by law and as actually incurred by us. We may delay enforcing or not enforce any of our rights under this Agreement without losing or waiving any of them.

CANCELLATION. You may cancel your Account by notifying us in writing or by telephone and returning or destroying every Card and unused check that we have provided you. Of course, you will still be responsible to pay any amount you owe us according to the terms of this Agreement. If your Account is a joint Account, each of you may cancel your Account. We may cancel or suspend your Account at any time without notice. We may choose not to renew your Account (beyond the expiration date shown on the face of a Card) without notice.

PRIVACY. We respect the privacy of information about you and your Account. We will only release such information to you, any Authorized User that our records indicate is an authorized buyer on your Account, and any other person with your prior permission, except as provided in this Section or as required by law. We may release such information in connection with the maintenance of your Account; for example, if you are in default, we may release information about your Account to third parties who may assist us in enforcing our rights under this Agreement. Except as provided below, we may also release such information to our corporate affiliates, and to third parties in order to provide you with offers of products or services that may be of interest to you; for example, we may include your name and address and other identifying information in lists, provided to third parties, of Cardmembers whose characteristics are such that they may find the third parties' products or services of interest. We may also report to credit reporting agencies and other creditors the status and payment history of your Account, including negative credit information. We normally report to such credit reporting agencies each month. If you believe that our report of your Account status is inaccurate or incomplete, please write us at the following address: DISCOVER PLATINUM CARD, PO Box 15316, Wilmington DE 19850-5316. Please include your name, address, home telephone number and Account number.

If you do not want us to share information with our corporate affiliates (with the exception of information about our transactions and experiences with you, which we may share in any event), or if you do not want us to provide your name for product or service offers from third parties, please call 1-800-DISCOVER or write us at: DISCOVER PLATINUM CARD, PO Box 15355, Wilmington, DE 19850-5355. Please include your name, address, home telephone number and Account number.

We may from time to time review your credit, employment and income records. Our supervisory personnel may listen to or record telephone calls between you and our representatives in order to evaluate the quality of our service to our Cardmembers without notice to you. We may use automated telephone equipment or prerecorded telephone calls to contact you about your Account. We provide various methods by which you can obtain information about your Account. Our security measures cannot insure against unauthorized inquiries. You agree that we will not be responsible for the release of information to anyone who, even if without your authorization or permission, has gained possession of a Card or has learned other identifying characteristics about you such as your personal identification number, Account number or social security number.

CREDIT AUTHORIZATIONS. Certain transactions will require our authorization prior to completion of the transaction. In some cases, you may be asked to provide identification. If our authorization system is not working, we may not be able to authorize a transaction. We will not be liable to you if any of these events happen.

CHANGE OF TERMS. We may change any term or part of this Agreement, including any finance charge rate, fee or method of computing any balance upon which the finance charge rate is assessed, or add any new term or part to this Agreement by sending you a written notice at least 15 days before the change is to become effective. We may apply any such change to the outstanding balance of your Account on the effective date of the change and to new charges made after that date. If you do not agree to the change, you must notify us in writing within 15 days after the mailing of the notice of change at the address provided in the notice of change, in which case your Account will be closed and you must pay us the balance that you owe us under the existing terms of the unchanged Agreement. Otherwise, you will have agreed to the changes in the notice. Use of your Account after the effective date of the change will be deemed acceptance of the new terms as of such effective date, even if you previously notified us that you did not agree to the change.

CHANGE OF ADDRESS. If you change your address you must notify us of your new address within 15 days.

ASSIGNMENT OF ACCOUNT. We may sell, assign or transfer your Account or any portion thereof without notice to you. You may not sell, assign or transfer your Account without first obtaining our prior written consent.

COMPLIANCE WITH INTEREST RATE LIMITATIONS. We intend that this Agreement will comply with applicable interest rate limitations. You will not be required to pay Finance Charges or other charges at a rate that is greater than the maximum amount permitted by law. If it is ever finally determined that, but for this Section, the Finance Charges or other charges under this Agreement would exceed the maximum lawful amount, the Finance Charges and other charges will be reduced to the maximum lawful amount. Any excess amount that you have already paid will be used to reduce the outstanding balance of your Account or will be refunded to you by means of a check in our discretion.

GOVERNING LAW. This Agreement will be governed by the laws of the State of Delaware and applicable federal laws. If any part of this Agreement becomes unenforceable, it will not make any other part unenforceable.

Greenwood Trust Company
DISCOVER PLATINUM CARD

Vice President

© 1999 Greenwood Trust Company, Member FDIC

## Your Billing Rights
### KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

*1. Notify Us in Case of Errors or Questions About Your Bill*
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on your bill for Notice of Billing Errors. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:

- your name and Account number.
- your dollar amount of the suspected error.
- describe the error and explain, if you can why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

*2. Your Rights and Our Responsibilities After We Receive Your Written Notice*
We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your Account credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay the finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is. If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

*3. Special Rule For Credit Card Purchases*
If you have a problem with the quality of goods or services that you purchased with a credit card, and you tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the goods or services. There are two limitations on this right:
(a) you must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and
(b) the purchase price must have been more than $50.
**These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the goods or services.**

## Discover® Platinum Card
## CASHBACK BONUS®
### TERMS AND CONDITIONS

The Cashback Bonus® Terms and Conditions constitute a separate and independent agreement from the Cardmember Agreement.

1. The Cashback Bonus award is an amount denominated in dollars and cents which may be earned by Discover Platinum Cardmembers by using their Discover Platinum Card for qualified purchases. A Cashback Bonus award is not earned for Prohibited Transactions (as defined in the Cardmember Agreement), cash advances or balance transfers.

2. Cashback Bonus payments are calculated based on purchases made during an annual period corresponding to the Cardmember's anniversary year. The first anniversary year begins on the date the Card is issued and ends on the last day of the twelfth monthly billing period which follows. Each successive anniversary year is the approximate one-year period comprised of the next twelve monthly billing periods.

3. The earned amount of a Cashback Bonus award is calculated by multiplying each purchase by:
- .25% (.0025), if the purchase is part of the first $1,000 in purchases during the anniversary year,
- .50% (.0050), if the purchase is part of the second $1,000 in purchases during the anniversary year,
- .75% (.0075), if the purchase is part of the third $1,000 in purchases during the anniversary year,
- 1.0% (.01), if the purchase is part of the purchases in excess of $3,000 during the anniversary year.

The total of such calculations for each anniversary year is the earned amount of the Cashback Bonus award, which will be paid as described below provided the conditions contained in paragraph 4 below are met. The calculation begins again with the beginning of each anniversary year. The Cardmember's monthly billing statement will show the earned amount of the Cashback Bonus award and total purchases through the date of the statement for the current anniversary year. Prior to actual payment, the purchases on which a Cashback Bonus award is calculated may be audited for compliance with these terms.

4. The Cashback Bonus award vests and is paid shortly after each anniversary year to those Cardmembers in good standing on the anniversary date and at the time of the payment. To be in good standing, you may not be in default (as defined in the Cardmember Agreement) and you may not have used your Discover Platinum Card for any Prohibited Transactions within the past year. If an Account is closed for any reason prior to the anniversary date, any Cashback Bonus award earned by the Cardmember since the last anniversary date will be forfeited. Cardmembers who are delinquent at the time of the payment may, at the option of Discover Platinum Card, have their Cashback Bonus award applied as a credit to their Account.

5. The exact method of payment of a Cashback Bonus award may change from year to year, but the Cardmember will have the opportunity to receive a Cashback Bonus award in a cash equivalent (i.e., check or credit to the Cardmember's Discover Platinum Card Account). As part of the payment method, the Cardmember may have the opportunity to make a choice as to the manner in which a Cashback Bonus award is paid. The failure to make such a choice on a timely basis may result in the exercise of default payment options. It is the Cardmember's responsibility to notify Discover Platinum Card in the event a Cashback Bonus payment is not received for any reason.

The Cashback Bonus award is paid to qualifying Cardmembers either by means of a credit to the Account or by a check that is mailed to the Cardmember in Discover Platinum Card's sole discretion.

If your Cashback Bonus award is $5.00 or more, Discover Platinum Card will offer you the opportunity to exchange your Cashback Bonus award for selected products or services, the terms of which will be contained in the offer.

6. In the event a Card is lost or stolen, the earned amount of the Cashback Bonus award, the amount of qualifying purchases and the anniversary date from the old Account will be transferred to the new Account.

7. Discover Platinum Card reserves the right to make other adjustments to Cashback Bonus amounts earned based on Account activity (e.g., a credit to an Account in connection with a prior purchase will result in a reduction of the Cashback Bonus award).

8. These terms and conditions are subject to change without notice. Changes may be made during a Cardmember's anniversary year, and may include but are not limited to, modifying the level of purchases required to qualify for the various tiers, establishing a maximum amount of Cashback Bonus award Cardmembers may receive, changing the types of transactions that constitute a purchase, changing the amount of Cashback Bonus award earned on certain types of purchases, imposing additional restrictions, or terminating the program.