While we have not done so in the past, we will now impose Periodic Finance Charges on all transactions and Old Balances until the date of repayment, as provided under the terms of the Agreement. Repayment means payment of your entire New Balance. However, if you pay the New Balance shown on your current billing statement by the Payment Due Date, and the Payments and Credits shown on that billing statement equal or exceed the Previous Balance, we will not impose Periodic Finance Charges on new purchases, that is, purchases first appearing on that statement. Otherwise, you will receive a billing statement the following month that includes Periodic Finance Charges imposed until the date of repayment.

We may, from time to time, waive our right to collect small balances that you owe us as determined in our discretion. If we do, we will not send you a statement and you will not owe us that amount.

### ARBITRATION. WE ARE ADDING A NEW SECTION TO READ AS FOLLOWS:

**ARBITRATION OF DISPUTES.** In the event of any past, present or future claim or dispute (whether based upon contract, tort, statute, common law or equity) between you and us arising from or relating to your Account, any prior account you have had with us, your application, the relationships which result from your Account or the enforceability or scope of this arbitration provision, of the Agreement or of any prior agreement, you or we may elect to resolve the claim or dispute by binding arbitration.

IF EITHER YOU OR WE ELECT ARBITRATION, NEITHER YOU NOR WE SHALL HAVE THE RIGHT TO LITIGATE THAT CLAIM IN COURT OR TO HAVE A JURY TRIAL ON THAT CLAIM. PRE-HEARING DISCOVERY RIGHTS AND POST-HEARING APPEAL RIGHTS WILL BE LIMITED. NEITHER YOU NOR WE SHALL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS IN ARBITRATION BY OR AGAINST OTHER CARDMEMBERS WITH RESPECT TO OTHER ACCOUNTS, OR ARBITRATE ANY CLAIMS AS A REPRESENTATIVE OR MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY. Even if all parties have opted to litigate a claim in court, you or we may elect arbitration with respect to any claim made by a new party or any new claims later asserted in that lawsuit, and nothing undertaken therein shall constitute a waiver of any rights under this arbitration provision.

We will not invoke our right to arbitrate an individual claim you bring in small claims court or your state's equivalent court, if any, so long as the claim is pending only in that court and does not exceed $5,000.

Your Account involves interstate commerce, and this provision shall be governed by the Federal Arbitration Act (FAA). The arbitration shall be conducted, at the option of whoever files the arbitration claim, by either JAMS/Endispute (JAMS) or the National Arbitration Forum (NAF) in accordance with their procedures in effect when the claim is filed. For a copy of their procedures, to file a claim or for other information, contact JAMS at 1920 Main Street, Suite 300, Los Angeles, CA 92614 (phone 1-800-448-1660) or NAF at P.O. Box 50191, Minneapolis, MN 55405 (phone 1-800-474-2371). At your written request, we will advance any arbitration filing, administrative and hearing fees which you would be required to pay to pursue a claim or dispute as a result of our electing to arbitrate that claim or dispute. The arbitrator will decide who will ultimately be responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative, or hearing fees in an amount greater than what your and our combined court costs would have been if the claim had been resolved in a state court with jurisdiction.

Any arbitration hearing will take place in the federal judicial district where you reside. The arbitrator shall follow applicable substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor claims of privilege recognized at law. If requested by any party, the arbitrator shall write an opinion containing the reasons for the award. The arbitrator's decision will be final and binding except for any appeal rights under the FAA and except that if the amount in controversy exceeds $100,000, any party may appeal the award within 30 days to a three-arbitrator panel which shall review the award *de novo*. The costs of such an appeal shall be borne by the appealing party regardless of outcome. Judgment upon any award by the arbitrator may be enforced in any court having jurisdiction.

Our rights and obligations under this arbitration provision shall inure to the benefit of and be binding upon our parent corporations, subsidiaries, affiliates (including, without limitation, Discover Financial Services, Inc.), predecessors, successors, assigns, as well as the officers, directors and employees of each of these entities, and will also inure to the benefit of any third party named as a co-defendant with us or with any of the foregoing in a claim which is subject to this arbitration provision. Your rights and obligations under this arbitration provision shall inure to the benefit of and be binding upon all persons contractually liable under this Agreement and all Authorized Users of the Account. This arbitration provision shall survive termination of your Account as well as voluntary payment in full by you, any legal proceedings by us to collect a debt owed by you, any bankruptcy by you and any sale by us of your Account.

Continued on back

Continued on inside.

### NOTICE OF AMENDMENT TO DISCOVER® PLATINUM CARDMEMBER AGREEMENT

This notice informs you of changes to your current Discover® Platinum Cardmember Agreement. Please note the effective date of the changes shown below and retain this notice for your records. **WE ARE ADDING A NEW ARBITRATION SECTION WHICH PROVIDES THAT IN THE EVENT YOU OR WE ELECT TO RESOLVE ANY CLAIM OR DISPUTE BETWEEN US BY ARBITRATION, NEITHER YOU NOR WE SHALL HAVE THE RIGHT TO LITIGATE THAT CLAIM IN COURT OR TO HAVE A JURY TRIAL ON THAT CLAIM. THIS ARBITRATION SECTION WILL NOT APPLY TO LAWSUITS FILED BEFORE THE EFFECTIVE DATE.** We are also changing the way we calculate Periodic Finance Charges. These changes do not apply if your Account is closed at the time you receive this notice.

**Periodic Finance Charges.** We are changing the way we calculate your Periodic Finance Charges. These changes will not affect you if you pay your New Balance each month by the Payment Due Date and you use your Account for purchases only.

Under the current terms of the Agreement, you are given a grace period for new transactions. This means you can avoid payment of Periodic Finance Charges on these transactions. If you pay the New Balance shown on the billing statement on which the transaction first appears by the Payment Due Date, and the Payments and Credits on that statement equal or exceed your Previous Balance, we do not impose Periodic Finance Charges on the new transaction. We call this the "grace period.". You will continue to receive a grace period for new purchases. We are eliminating the grace period for cash advances and balance transfers. Periodic Finance Charges will now be imposed on new cash advances and balance transfers beginning with the date the transaction occurs. Accordingly, we are amending the first sentence in Subsection (1) Current Billing Period by deleting the phrase "cash advances and balance transfers."

---

**Effective Date.** If you do not agree to the changes, you must notify us in writing by *September 15, 1999*, at the following address: Discover Card, P.O. Box 15355, Wilmington, DE 19850-5355. If you notify us, we will close your Account and you will pay us the balance that you owe us under the current terms of the Agreement. If you do not notify us, the changes set forth in this notice will be effective and will apply to your Account for billing periods beginning after *September 1, 1999*. Use of your Account on or after October 1, 1999, means that you accept the new terms, even if you previously notified us that you did not agree to the changes.

### NOTICE CONCERNING YOUR CREDITSAFE® AND SAFETY PAY® COVERAGES

Effective October 1999, the rates for your CreditSafe® Plus and Safety Pay® or CreditSafe Basic plan will increase as outlined below in the states listed. Your rate is calculated per $100 of your monthly outstanding balance on your Account. Remember if you have no balance and no new charges on your Account, you pay nothing for your CreditSafe and Safety Pay coverages and you are still protected by this valuable program.

Please attach this notice to your CreditSafe/Safety Pay documents. You have the right to cancel coverage at any time. If you have any questions please call 1-800-453-0280, toll free Monday through Friday, 8:00 a.m. to 8:00 p.m. EST. CreditSafe Plus and Safety Pay (life, disability & unemployment) rates are changing in the following states as listed: DC $0.660 to $0.740; ID $0.712 to $0.728; MT $0.739 to $0.740; RI $0.670 to $0.682; VA $0.562 to $0.591; WI $0.590 to $0.600. CreditSafe Basic (life, disability & unemployment) rates are changing in the following states as listed: AL $0.300 to $0.335; ME $0.374 to $0.386; NM $0.400 to $0.414; NY $0.278 to $0.298; PA $0.219 to $0.274; VT $0.274 to $0.291; WI $0.390 to $0.400. CreditSafe Basic (life & disability only) rate is changing in MN from $0.110 to $0.224.

© 1999 Greenwood Trust Company, Member FDIC                                                    PLTL117POS1